NICCND (12/1/18)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
 **Margaret Hardison**
Debtor(s)

)
)
) Case No.  **19–30003–tmb7**
)
) **Notice of Intent**
) **to Close Case**
) **Without Entry of**
) **Discharge**
)

March 26, 2019

Clerk, U.S. Bankruptcy Court

BY DEPUTY

It appearing a certificate of debtor education has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a discharge order for a noncomplying debtor, and without further notice per 11 USC § 727(a)(11), unless, within 15 days of the FILED date above, a certificate of debtor education is filed by the debtor(s) with the clerk.

To obtain a list of approved debtor education providers, go to https://www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204